**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARNER BROS. HOME ENTERTAINMENT INC., | Case No. EDCV 13-01014-VAP (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BRIAN O'NEILL A/K/A BRIAN ONEILL, AN INDIVIDUAL AND D/B/A AMAZON.COM SELLER BUY-MART AND BRIAN W O'NEILL AND DOES 1 THROUGH 10, INCLUSIVE, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Warner Bros. against Defendant Brian O'Neill a/k/a Brian ONeill and d/b/a Amazon.com Seller Buy-Mart and Brian W O'Neill.  The Court orders that such judgment be entered.

1    Pursuant to this Judgment, Defendant is ordered to
2 pay Plaintiff: (1) statutory damages in the amount of
3 $69,000.00 and (2) interest on the full amount of this
4 judgment from the date of this judgment pursuant to 28
5 U.S.C. § 1961.
6
7    Moreover, Defendant and his agents, servants,
8 employees, and all persons acting under his permission or
9 authority shall hereby be permanently restrained and
10 enjoined from infringing, in any manner, the copyrighted
11 Warner Bros. Works licensed by Warner Bros.
12
13
14 Dated: December 23, 2013         _____
15                                   VIRGINIA A. PHILLIPS
                                     United States District Judge